**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1293**

---

FRANKIE J. DEEL,

Plaintiff - Appellant,

versus

MICHAEL HOLLAND; MARTY D. HUDSON; ELLIOTT
SEGAL; JOSEPH J. STAHL, II, as Trustees of the
1974 Pension Plan, United Mine Workers of
America; UNITED MINE WORKERS OF AMERICA,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James C. Turk, District Judge.
(CA-94-37-A)

---

Submitted:  August 15, 1996          Decided:  August 20, 1996

---

Before MURNAGHAN and ERVIN, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Frankie J. Deel, Appellant Pro Se.  Matilda Ann Brodnax, UNITED MINE WORKERS OF AMERICA, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order affirming the denial of his request for disability retirement benefits from the United Mine Workers of America 1974 Pension Trust. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Deel v. Holland</u>, No. CA-94-37-A (W.D. Va. Feb. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>